

# NUMBER 13-24-00322-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

GRUPO ELITE ENTERTAINMENT, INC.,
FELIPE ZAVALA, AND MANUEL REYES,                    Appellants,

v.

PRODUCTORA DE TALENTOS BGM,
S.A. DE C.V., ET AL.,                               Appellees.

## ON APPEAL FROM THE 464TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Memorandum Opinion by Justice Benavides**

This case involves an accelerated interlocutory appeal from the denial of three

motions to transfer venue in a multi-plaintiff suit. *See* TEX. CIV. PRAC. & REM CODE ANN.

§ 15.003(b). Appellees have filed a motion to dismiss the appeal as moot, informing us

that the trial court vacated its interlocutory order on November 25, 2024, and set a new hearing on the transfer motion for January 28, 2025. Appellants have filed a response opposing the motion to dismiss and requesting a stay of the January 28 hearing. Having considered the motion and the response, the Court denies the stay request and dismisses the appeal without prejudice and without regard to the merits of the appeal, including any issue regarding the trial court's authority to vacate its initial decision.

GINA M. BENAVIDES
Justice

Delivered and filed on the
23rd day of December, 2024.

2